1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE CRUZ ANTUNA-MORAN,

11          Petitioner,                    No. CIV S-07-1318 WBS GGH P

12      vs.

13   KUMA DEBOO, et al.,

14          Respondents.                   ORDER

15   _____/

16          Petitioner, a federal prisoner proceeding pro se, has filed a petition for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2241 and an application to proceed in forma pauperis.

18          Petitioner alleges that he received inadequate medical care.  The purpose of a

19   petition for writ of habeas corpus is to challenge the validity of a sentence or conviction.   A

20   federal petitioner seeking to challenge conditions of confinement, like petitioner, must file a

21   Bivens action.  See Bivens v. Six Unknown Agents, 403 U.S. 388 (1971).

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.  This action is construed as a Bivens action;

24          2.  The petition is dismissed with thirty days to file a complaint form for a Bivens

25   action;

26   /////

1

3.  The Clerk of the Court is directed to send petitioner the complaint form for a

<u>Bivens</u> action.

DATED: 8/1/07                                    /s/ Gregory G. Hollows

_____

UNITED STATES MAGISTRATE JUDGE

mor1318.ord