IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE CRUZ ANTUNA-MORAN,

      Plaintiff,                                   No. CIV S-07-1318 WBS GGH P

  vs.

KUMA-DEBOO, et al.,

      Defendants.                                  ORDER
_____/

      Plaintiff is a federal prisoner proceeding pro se.  Plaintiff seeks relief pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971) and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

      Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments shall be collected

1

1 and forwarded by the appropriate agency to the Clerk of the Court each time the amount in
2 plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3 § 1915(b)(2).
4       The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
5 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
6 reasonable opportunity to prevail on the merits of this action.
7       In accordance with the above, IT IS HEREBY ORDERED that:
8       1. The Clerk of the Court is directed to remove the complaint from the in forma
9 pauperis application filed August 10, 2007, and separately file it;
10       2. Plaintiff's request for leave to proceed in forma pauperis is granted.
11       3. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
12 The fee shall be collected and paid in accordance with this court's order to the Warden of the
13 Federal Correctional Institution filed concurrently herewith.
14       4. Service is appropriate for the following defendants: Warden Kuma Deboo.
15       5. The Clerk of the Court shall send plaintiff 1 USM-285 forms, one summons,
16 an instruction sheet and a copy of the complaint attached to the in forma pauperis application
17 filed August 10, 2007.
18       5. Within thirty days from the date of this order, plaintiff shall complete the
19 attached Notice of Submission of Documents and submit the following documents to the court:
20       a. The completed Notice of Submission of Documents;
21       b. One completed summons;
22       c. One completed USM-285 form for each defendant listed in number 3
23       above; and
24       d. Two copies of the endorsed complaint.
25 /////
26 /////

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 01/30/08                              /s/ Gregory G. Hollows
                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JOSE CRUZ ANTUNA-MORAN,
11           Plaintiff,                    No. CIV S-07-1318 WBS GGH P
12       vs.
13   KUMA DEBOO, et al.,                   NOTICE OF SUBMISSION
14           Defendants.                   OF DOCUMENTS
15   _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18           _____     completed summons form
19           _____     completed USM-285 forms
20           _____     copies of the _____
                                      Complaint/Amended Complaint
21
     DATED:
22
23
                                           _____
24                                         Plaintiff
25
26
```