IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE CRUZ ANTUNA-MORAN,

        Plaintiff,               No. CIV S-07-1318 WBS GGH P

    vs.

KUMA DEBOO, et al.,

        Defendants.        **ORDER**

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed January 30, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms, summons and copies of his complaint which are required to effect service on the defendants. On February 8, 2008, plaintiff submitted the USM-285 form but failed to file the summons and copies of the complaint

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return the USM-285 form submitted by plaintiff on February 8, 2008; and

/////

/////

1

1    2. Within thirty days, plaintiff shall submit to the court the appropriate forms
2 required to effect service. Failure to return the copies within the specified time period will result
3 in a recommendation that this action be dismissed.
4 DATED: Feb. 21, 2008

/s/ Gregory G. Hollows

**GREGORY G. HOLLOWS**
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:cm
antu1318.8f

2