IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE CRUZ ANTUNA-MORAN,

      Plaintiff,                          No. CIV S-07-1318 WBS GGH P

   vs.

KUMA DEBOO, et al.,

      Defendants.               <u>ORDER</u>

_____/

       By an order filed January 30, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form for defendant Deboo, a summons and two copies of his complaint which are required to effect service on the defendant. On February 8, 2008, plaintiff submitted the USM-285 form but failed to file the summons and copies of the complaint.

       On February 26, 2008, the court ordered the Clerk of the Court to return the USM-285 form submitted by plaintiff on February 8, 2008, and granted plaintiff thirty days to submit to the court the appropriate forms required to effect service.

       On April 2, 2008, plaintiff submitted the completed USM-285 form but not the summons or copies of his complaint.

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Within thirty days of the date of this order, plaintiff shall submit two copies of

3  his complaint and the summons; failure to comply with this order will result in a

4  recommendation of dismissal of this action;

5  2. The Clerk of the Court is directed to send plaintiff one summons form.

6  DATED: 05/13/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
antu1318.36