IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ ANTUNA-MORAN,<br><br>    Plaintiff,<br><br>v.<br><br>KUMA DEBOO, et al.,<br><br>    Defendant. | 2:07-CV-01318-LDG<br><br>**ORDER** |

Defendant United States of America, on behalf of defendant Kuma Deboo, has filed a motion to dismiss plaintiff Antuna-Moran's action pursuant to Fed. R. Civ. P. 41(b) and E.D. Cal. R. 83-183(b) for plaintiff's failure to prosecute. Antuna-Moran has not filed a response to the motion. Furthermore, the record indicates that after Antuna-Moran was released from custody, he was deported to Mexico on December 18, 2008. Antuna-Moran has not notified the court of a change of address, and correspondence to his last known address has been returned undeliverable. Based on the points and authorities presented by the United States, and good cause appearing,

THE COURT HEREBY ORDERS that defendant's motion to dismiss for failure to prosecute (#20) is GRANTED.

Dated this 29 day of March, 2010.

_____
Lloyd D. George
United States District Judge